THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YADIRA I. FORNIEL<br><br>v.<br><br>TROOPER PETER G. HAMATI-ATTIEH, *et al.* | CIVIL ACTION<br><br>No. 25-0117 |

## ORDER

**AND NOW**, this 20th day of January, 2026, upon consideration of the Motion to Dismiss and the opposition thereto, it is hereby **ORDERED**:

1. The motion to dismiss (ECF 7) is **GRANTED IN PART** and **DENIED IN PART**.[1]

2. As to counts VII, VIII, and X, the motion under Rule 12(b)(6) is **GRANTED**:

    a. Counts VII and VIII are **DISMISSED WITHOUT PREJUDICE**.

    b. Count X is **DISMISSED WITH PREJUDICE**.

3. As to counts IX and XI, the motion under Rule 12(b)(1) is **DENIED**.

4. Forniel may file an amended complaint by 21 days after the entry of this Order. If she does not so file, responsive pleadings shall be filed by 42 days after the entry of this Order.

**BY THE COURT**:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**

---

[1] As to count VI, I do not consider any motion to have been made. If it were, it would be denied for lack of argument.