**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **YADIRA I. FORNIEL**<br><br>**v.**<br><br>**TROOPER PETER G. HAMATI-ATTIEH, *et al.*** | **CIVIL ACTION**<br><br>**No. 25-0117** |

**<u>ORDER</u>**

**AND NOW**, this 1st day of September, 2026, upon consideration of the second motion to dismiss and the opposition thereto, it is hereby **ORDERED**:

1. The motion to partially dismiss the second amended complaint (ECF 21) is **DENIED**.

2. Defendants **SHALL FILE** (fully) responsive pleadings within 21 days of the entry of this order.

3. Within 14 days after the filing of responsive pleadings, the parties shall file a joint status report concerning discovery and proposing deadlines to accommodate any additional discovery in light of these rulings.

**BY THE COURT**:

s/ Catherine Henry
**CATHERINE HENRY, J.**